AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| RIMOWA DISTRIBUTION, INC., <br><br> *Plaintiff(s)* <br> v. <br> RDG CONCESSION ECOMMERCE, INC., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 5:15-cv-05067 HRL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* RDG CONCESSION ECOMMERCE, INC.,
c/o Agent for Service of Process: Ralph D. Glenn
2104 Adams Avenue
San Leandro, CA  94577

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Karl Olson (SBN 104760)
Ram, Olson, Cereghino & Kopczynski LLP
101 Montgomery Street, Suite 1800
San Francisco, CA  94104
Tel:  415-433-4949

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date:  November 6, 2015

*Signature of Clerk or Deputy Clerk*